2015-1642

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

MACROSOLVE, INC.,
                              Plaintiff-Appellee,

v.

GOVERNMENT EMPLOYEES INS. CO.,
                              Defendant,

&

NEWEGG INC.,
                              Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in Case No. 6:11-cv-00287, Judge Michael H. Schneider

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S PRINCIPAL BRIEF**

Appellee MacroSolve, Inc. ("MacroSolve") respectfully moves under Federal Circuit Rule 26(b) for a 9-day extension for MacroSolve to file its principal brief. Appellant Newegg, Inc. ("Newegg") does not oppose the requested extension of time.

The current deadline for MacroSolve to file its principal brief is August 10, 2015. If this extension is granted, MacroSolve's principal brief would be due August 19, 2015.

Good cause exists to modify the current briefing schedule in this appeal. The requested extension is needed to accommodate the schedules of counsel and to allow

counsel adequate time to prepare thorough briefs to this Court. The requested extension is not made for purpose of delay, and will not cause prejudice to either party.

Per Federal Circuit Rule 26(b)(1), this Motion is being filed more than seven calendar days before MacroSolve's principal brief is due. This is the first motion to extend a briefing deadline that has been filed in this matter. Pursuant to Federal Circuit Rule 27(a)(5), counsel for MacroSolve has discussed this motion with counsel for Newegg who indicated that Newegg does not object to this motion and will not file a response.

For all the foregoing reasons, MacroSolve respectfully requests the briefing schedule be modified as follows:

| **Deadline** | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Appellee's Principal Brief Due | August 10, 2015 | August 19, 2015 |

Respectfully submitted,

ANTONELLI, HARRINGTON & THOMPSON LLP

Dated: July 2, 2015

By: /s/ Califf T. Cooper
Califf T. Cooper
Matthew Antonelli
Attorneys for Plaintiff-Appellee
MACROSOLVE, INC.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MacroSolve v. Government Employees Ins., 2015-1642

## CERTIFICATE OF INTEREST FOR MACROSOLVE INC.

Counsel for MacroSolve, Inc. hereby certifies the following:

1. The full name of every party being represented by me is:

    MacroSolve, Inc. (now known as Drove Aviation Holding Corp.)

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent (10%) or more of the stock of the party represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Matthew J. Antonelli, Antonelli, Harrington & Thompson LLP
    Califf T. Cooper, Antonelli, Harrington & Thompson LLP
    Larry D. Thompson, Jr., Antonelli, Harrington & Thompson LLP
    Zachariah S. Harrington, Antonelli, Harrington & Thompson LLP
    Kris Teng, Antonelli, Harrington & Thompson LLP
    Claire Devine, Antonelli, Harrington & Thompson LLP
    Jeffrey Rambin, Capshaw DeRieux
    Elizabeth L. DeRieux, Capshaw DeRieux
    S.Calvin Capshaw, Capshaw DeRieux

Dated: July 2, 2015         By:  /s/ Califf T. Cooper
                                 Califf T. Cooper
                                 Matthew Antonelli
                                 Attorneys for Plaintiff-Appellee
                                 MACROSOLVE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S PRINCIPAL BRIEF** was served on counsel for appellees by electronic means (by email or CM/ECF).

|  |  |
|---|---|
|  | ANTONELLI, HARRINGTON & THOMPSON LLP |
| Dated: July 2, 2015 | By: /s/ Califf T. Cooper<br>Califf T. Cooper<br>Matthew Antonelli<br>Attorneys for Plaintiff-Appellee<br>MACROSOLVE, INC. |